UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

December 16, 2013

MEMO TO COUNSEL RE: Tao Eniola, et al. v. PNC Financial Services Group
Civil No. JFM-13-3021

Dear Counsel:

Defendant has filed a motion to dismiss the complaint. Plaintiffs have filed a motion for appointment of counsel.

Defendant's motion to dismiss will be granted. The complaint, as presently formulated, does not contain sufficient allegations to state any claim against defendant. However, it is not entirely clear what happened here. Plaintiffs apparently are long-term customers of defendant, and it appears from the present record that for unexplained reasons defendant raised the down payment the plaintiffs would have to pay in connection with the loan which they requested.

Under the circumstances, I conclude that it is in the interest of justice that plaintiff's motion for appointment of counsel be granted. Because counsel will now be representing plaintiffs, plaintiffs are granted an extension until February 7, 2014 to file an amended complaint. Of course, if after conferring with plaintiffs, counsel appointed to represent plaintiffs concludes that plaintiffs have no viable claim against plaintiffs, he need not file an amended complaint on their behalf but, instead, may submit a letter to the court stating the reasons that he has concluded they do not have a viable claim.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge